**DARREN LOMBARD**                             *            **NO. 2023-CA-0746**

**VERSUS**                                    *            **COURT OF APPEAL**

**ELTON NOBRE AND JOSE NOBRE**           *            **FOURTH CIRCUIT**

                                             *            **STATE OF LOUISIANA**

                                           *

                                         *
**\* \* \* \* \* \* \***

**LEDET, J., CONCURS IN THE RESULT**

    I concur in the result.